No. 782. SKINNER *v.* OKLAHOMA EX REL. WILLIAMSON, ATTORNEY GENERAL. January 12, 1942. *Messrs. W. J. Hulsey* and *Heba I. Aston* for petitioner.

No. 814. STATE TAX COMMISSION OF UTAH *v.* ALDRICH ET AL., ADMINISTRATORS. January 12, 1942. *Mr. Henry G. Gray* for respondents.

No. 775. WILMINGTON TRUST Co., EXECUTOR, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. January 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted, limited to the question whether the Circuit Court of Appeals should have set aside the findings of the Board of Tax Appeals relating to question 1 (a) of the petition for writ of certiorari. *Mr. Wm. S. Potter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Morton K. Rothschild* for respondent.

No. 774. NATIONAL LABOR RELATIONS BOARD *v.* NEVADA CONSOLIDATED COPPER CORP. January 19, 1942. *Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Messrs. C. C. Parsons* and *H. M. Fennemore* for respondent.